## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| Arnold Transportation Services, Inc., | ) | Case No. 24-10928 (CTG) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re | ) | Chapter 7 |
| | ) | |
| DVP Holdings Corp., | ) | Case No. 24-10931 (CTG) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re | ) | Chapter 7 |
| | ) | |
| Parker Global Enterprises, Inc., | ) | Case No. 24-10929 (CTG) |
| | ) | |
| Debtor. | ) | |
| | ) | |
| In re | ) | Chapter 7 |
| | ) | |
| Parker Transport Co., | ) | Case No. 24-10930 (CTG) |
| | ) | |
| Debtor. | ) | |

## SCHEDULES OF ASSETS AND LIABILITIES FOR
## PARKER TRANSPORT CO. (CASE NO. 24-10930)

**GLOBAL NOTES AND STATEMENTS OF LIMITATIONS,
METHODOLOGY, AND DISCLAIMER REGARDING DEBTOR'S
SCHEDULES OF ASSETS AND STATEMENTS OF FINANCIAL AFFAIRS**

Arnold Transportation Services, Inc. and its debtor affiliates, as debtors in the above-captioned cases (collectively, the "Debtors"), with the assistance of their advisors, prepared their Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") and hereby file such Schedules and Statements with the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") pursuant to section 521 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure.

These global notes and statements of limitations, methodology, and disclaimer regarding the Debtors' Schedules and Statements (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, the Schedules and Statements. The Global Notes are in addition to the specific notes set forth below with respect to particular Schedules and Statements (the "Specific Notes" and, together with the Global Notes, the "Notes"). These Notes should be referred to and reviewed in connection with any review of the Schedules and Statements.

The Debtors prepared the Schedules and Statements with the assistance of their advisors and professionals and have relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' advisors and professionals. Navraj Johal, director and duly authorized and designated representative of each of the Debtors (the "Authorized Representative"), who has executed the Schedules and Statements of the Debtors, has necessarily relied upon the prior efforts, statements, and representations of employees and professionals of the Debtors and has not (and practically could not have) personally verified the accuracy of each statement and representation in the Schedules and Statements, including, but not limited to, statements and representations concerning amounts owed to creditors, classification of such amounts, and creditor addresses. Moreover, in preparing the Schedules and Statements, the Debtors relied upon financial data derived from their books and records that were available at the time of such preparation.

While the Debtors have made reasonable efforts under the circumstances to ensure that the Schedules and Statements are accurate and complete based upon information that was available to them at the time of preparation, inadvertent errors or omissions may exist. Moreover, because the Schedules and Statements contain unaudited information, which is subject to further review and potential adjustment, there can be no assurance that the Schedules and Statements are complete or accurate.

The Debtors and their past or present directors, officers, employees, attorneys, professionals, and agents (including, but not limited to, the Authorized Representative), do not guarantee or warrant the accuracy, completeness, or currentness of the data that is provided herein and shall not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating or delivering the information contained herein. The Debtors and their past or present officers, employees, attorneys, professionals, and agents (including, but not limited to, the Authorized Representative) expressly do not undertake any

obligation to update, modify, revise or re-categorize the information provided herein or to notify any third party should the information be updated, modified, revised or re-categorized. In no event shall the Debtors or their past or present officers, employees, attorneys, professionals and/or agents (including, but not limited to, the Authorized Representative) be liable to any third party for any direct, indirect, incidental, consequential or special damages (including, but not limited to, damages arising from the disallowance of any potential claim against the Debtors or damages to business reputation, lost business or lost profits), whether foreseeable or not and however caused arising from or related to any information provided herein or omitted herein.

The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, but not limited to, the right to dispute or otherwise assert offsets or defenses to any claim reflected on the Schedules and Statements as to amount, liability, classification, identity of Debtor, or to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated." Furthermore, nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of any Debtor's rights or an admission with respect to the Chapter 7 Cases (as defined below), including, but not limited to, liability for any claims, any issues involving objections to claims, substantive consolidation, equitable subordination, defenses, causes of action arising under the provisions of Chapter 5 of the Bankruptcy Code, or any other relevant applicable laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

**The Schedules, Statements, and Notes should not be relied upon by any persons for information relating to current or future financial conditions, events, or performance of the Debtors or their affiliates.**

1. <u>General Comments</u>.

    (a) <u>Description of the Chapter 7 Cases</u>. On April 30, 2024 (the "<u>Petition Date</u>"), each of the Debtors filed voluntary petitions for relief with the United States Bankruptcy Court for the District of Delaware under Chapter 7 of the Bankruptcy Code (collectively, the "<u>Chapter 7 Cases</u>").

    (b) <u>Basis of Presentation</u>. For financial reporting purposes, the Debtors and certain of their affiliates have historically prepared consolidated financial statements, which include financial information for the Debtors and certain non-Debtor affiliates. The Schedules and Statements are unaudited and reflect the Debtors' reasonable efforts to report certain financial information of the Debtors on stand-alone, unconsolidated bases. These Schedules and Statements neither purport to represent financial statements prepared in accordance with generally accepted accounting principles in the United States of America as in effect from time to time ("<u>GAAP</u>"), nor are they intended to be fully reconciled with the financial statements of the Debtors.

    The Debtors attempted to attribute the assets and liabilities, certain required financial information, and various cash disbursements to the applicable Debtor entity. However, because the Debtors' accounting systems, policies, and practices were developed for consolidated reporting purposes, rather than reporting by individual legal entity, it is

possible that not all assets, liabilities, or amounts of cash disbursements have been recorded with the correct legal entity on the Schedules and Statements. Accordingly, the Debtors reserve all rights to supplement and/or amend the Schedules and Statements in this regard.

Given, among other things, the uncertainty surrounding the valuation of certain assets and the valuation and nature of certain liabilities, a Debtor may report more assets than liabilities. Such report shall not constitute an admission that such Debtor was solvent on the Petition Date or at any time before or after the Petition Date. Likewise, a Debtor reporting more liabilities than assets shall not constitute an admission that such Debtor was insolvent on the Petition Date or any time prior to or after the Petition Date.

(c)     Reporting Date. The reported asset values in Schedules A and B reflect the Debtors' asset values as of December 31, 2023 (the "Reporting Date"). In some instances, the Debtors have used estimates or pro-rated amounts where actual data as of the aforementioned dates was not available. The Debtors have made reasonable efforts to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the Debtors may modify the allocation of liabilities between the prepetition and postpetition periods and amend the Schedules and Statements accordingly.

(d)     Current Values. Other than estimated bank cash balances, and unless otherwise noted, the assets and liabilities of each Debtor are listed on the basis of the book value of the asset or liability in the respective Debtor's accounting books and records.

(e)     Excluded Assets and Liabilities. The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including, without limitation, accrued salaries, employee benefit accruals, accrued accounts payable, right-to-use assets, and related lease liability as well as capitalized freight. In addition, certain immaterial assets and liabilities may have been excluded.

(f)     Intercompany Balances. The Debtors have excluded certain intercompany payables and receivables from the Schedules and Statements.

(g)     Accuracy. Although the Debtors have made reasonable efforts under the circumstances to file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. The financial information disclosed herein was not prepared in accordance with federal or state securities laws or other applicable non-bankruptcy law or in lieu of complying with any periodic reporting requirements thereunder. Persons and entities trading in or otherwise purchasing, selling, or transferring the claims against or equity interests in the Debtors should evaluate this financial information in light of the purposes for which it was prepared. The Debtors are not liable for and undertake no responsibility to indicate variations from securities laws or for any evaluations of the Debtors based on this financial information or any other information. The Debtors reserve all rights to amend and/or supplement the Schedules and Statements as is necessary or appropriate.

(h)     Net Book Value of Assets. In many instances, current market valuations are not maintained by or readily available to the Debtors. It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate resources for the Debtors to obtain current market valuations for all assets. As such, wherever possible, unless otherwise indicated, net book values are presented as of the Reporting Date. When necessary, the Debtors have indicated that the value of certain assets is "unknown" or "undetermined." Amounts ultimately realized may vary materially from net book value (or other value so ascribed). Accordingly, the Debtors reserve all rights to amend, supplement, and adjust the asset values set forth in the Schedules and Statements.

(i)     Currency. All amounts shown in the Schedules and Statements are in U.S. Dollars.

(j)     Totals. All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements and exclude items identified as "unknown" or "undetermined." If there are unknown or undetermined amounts, the actual totals may be materially different from the listed totals. Where a claim or other amount is marked as "unliquidated," but the Debtors also report a dollar value, such dollar value may indicate only the known or determined amount of such claim or amount, the balance of which is unliquidated.

(k)     Causes of Action. Despite reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in the Schedules and Statements, including, without limitation, causes of actions arising under the provisions of Chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross-claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertable directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have. Neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

(l)     Confidentiality. There may be instances within the Schedules and Statements where names, addresses or amounts have been left blank. Due to the nature of an agreement between the Debtors and the third party, concerns of confidentiality or concerns for the privacy of an individual, the Debtors may have deemed it appropriate and necessary to avoid listing such names, addresses and amounts. To the extent that certain addresses are withheld, the Debtors will make such addresses available upon request.

(m)     Global Notes Control. In the event that the Schedules and Statements differ from the foregoing Global Notes, the Global Notes shall control.

(n)     Reservation of Rights. Nothing contained in the Schedules, Statements, or Notes shall constitute a waiver of rights with respect to the Chapter 7 Cases, including, but not limited to, the following:

(i)     Any failure to designate a claim listed on the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such amount is not "disputed," "contingent," or "unliquidated." Additionally, the dollar amounts of claims listed may be exclusive of contingent and additional unliquidated amounts. Further, the claims of individual creditors are listed as the amounts entered on the Debtors' books and records and may not reflect credits or allowances due from such creditors to the Debtors or setoffs applied by such creditors against amounts due by such creditors to the Debtors with respect to other transactions between them. The Debtors reserve the right to dispute and to assert setoff rights, counterclaims, and defenses to any claim reflected on their Schedules as to amount, liability, and classification, and to otherwise subsequently designate any claim as "disputed," "contingent," or "unliquidated."

(ii)     Notwithstanding that the Debtors have made reasonable efforts under the circumstances to correctly characterize, classify, categorize, or designate certain claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements, the Debtors nonetheless may have improperly characterized, classified, categorized, or designated certain items. The Debtors thus reserve all rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as is necessary and appropriate.

(iii)     The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount.

(iv)     The listing of a claim does not constitute an admission of liability by the Debtors, and the Debtors reserve the right to amend the Schedules accordingly.

(v)     The listing of a claim on Schedule D as "secured" or on Schedule E/F as "priority unsecured," or the listing of a contract or lease on Schedule G as "executory" or "unexpired," does not constitute an admission by the Debtors of the legal rights of the claimant, or a waiver of the Debtors' rights to recharacterize or reclassify such claim or contract pursuant to a schedule amendment, claim objection, or otherwise. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims for informational purposes, no current valuation of the Debtors' assets in which such creditors may have a security interest has been undertaken. Except as provided in any order by the Bankruptcy Court that is or becomes final, the Debtors reserve all rights to dispute and challenge the

secured nature or amount of any such creditor's claims or the characterization of the structure of any transaction, or any document or instrument related to such creditor's claim.

(vi)    In the ordinary course of their business, the Debtors lease property from certain third-party lessors for use in the daily operation of their businesses. Any such leases are set forth on Schedule G, and any current amounts due under such leases that were outstanding as of the Petition Date are listed on Schedule E/F. Nothing in the Schedules or Statements is or shall be construed as an admission or determination as to the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all rights with respect to any such issues, including, the recharacterization thereof. The Debtors further reserve all of their rights, claims, and causes of action with respect to the contracts and leases listed on the Schedules and Statements, including, but not limited to, the right to dispute and challenge the characterization or the structure of any transaction, document, and instrument related to a creditor's claim.

(vii)    Listing a contract or lease on the Schedules and Statements shall not be deemed an admission that such contract is an executory contract, such lease is an unexpired lease, or that either necessarily is a binding, valid, and enforceable contract. The Debtors hereby expressly reserve the right to assert that any contract listed on the Schedules and Statements does not constitute an executory contract within the meaning of Bankruptcy Code section 365, as well as the right to assert that any lease so listed does not constitute an unexpired lease within the meaning of Bankruptcy Code section 365.

(viii)    The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including but not limited to, the right to assert claims objections and/or setoffs with respect to the same.

(ix)    Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated or otherwise expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

(x)    The Debtors' businesses are part of a complex enterprise. Although the Debtors have made reasonable efforts under the circumstances to ensure the accuracy of their Schedules and Statements, they nevertheless may contain errors and omissions. The Debtors hereby reserve all of their rights to dispute the validity, status, and enforceability of any contracts, agreements, and leases set forth on the

Schedules and Statements, and to amend and supplement the Schedules and Statements as necessary.

2.    Specific Disclosures with Respect to the Debtor's Schedules.

(a)    Schedule A/B Assets – Real and Personal Property. Real and personal property is scheduled at the value that the Debtors carried on their books as of the Reporting Date.

(i)    Part 11, Questions 74 and 75 – Causes of Action Against Third Parties and Other Contingent and Unliquidated Claims or Causes of Action of Every Nature. The Debtors may be party to pending litigation in which a Debtor has asserted, or may assert, claims as a plaintiff or counterclaims and/or cross-claims as a defendant. The Debtors have listed on Schedule A/B, Part 11, Questions 74 and 75 the claims that they know of, but because some of such claims are unknown to the Debtors and not quantifiable as of the Petition Date, all of such claims may not be listed in response to these questions.

(b)    Schedule D – Creditors Who Have Claims Secured by Property. Except as otherwise ordered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection or immunity from avoidance of any lien purported to be granted or perfected in any specific asset for the benefit of a secured creditor listed on a Debtor's Schedule D. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including without limitation, any intercompany transaction) related to such creditor's claim.

The claims listed on Schedule D, as well as the guarantees of those claims listed on Schedule H, arose and were incurred on various dates. A determination of the date on which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, not all such dates are included for each claim.

In certain instances, a Debtor may be a co-obligor, co-mortgagor or guarantor with respect to a claim. No claim set forth on the Schedule D is intended to acknowledge claims of creditors that are otherwise satisfied or discharged.

The descriptions provided in Schedule D are intended only to be a summary. Reference to the applicable loan agreements and related documents or other instruments creating the purported lien is necessary for a complete description of the collateral and the nature, extent and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements. Except as specifically stated on Schedule D, real property lessors, utility companies, and other parties that may hold security deposits have not been listed on Schedule D.

(c)    Schedule E/F – Creditors Who Have Unsecured Claims. The claims listed on Schedules E/F arose and were incurred on various dates. A determination of the date

upon which each claim arose or was incurred would be unduly burdensome and cost prohibitive. Accordingly, no such dates are included for each claim listed on Schedules E/F. In addition, the Debtors reserve their rights to dispute or challenge any priority asserted with respect to any liabilities listed on Schedule E/F.

(i)     Part 1 – Creditors with Priority Unsecured Claims. The Debtors have used their best efforts to list the applicable subsection of section 507(a) of the Bankruptcy Code on Part 1 of Schedule E/F identifying the basis of the priority of the unsecured claim. To the extent the Debtors have identified the incorrect subsection of section 507(a), the Debtors reserve the right to amend. The inclusion of any claim on Part 1 does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority treatment under section 507.

Certain claims of state and local taxing authorities set forth in Schedule E/F, which a Debtor has designated as contingent, disputed, or unliquidated, ultimately may be deemed to be secured claims pursuant to state or local laws. Certain claims owing to various taxing authorities to which the Debtors may be liable may be subject to ongoing audits. The Debtors reserve their right to dispute or challenge whether claims owing to various taxing authorities are entitled to priority, and the listing of any claim on Schedule E/F does not constitute an admission that such claim is entitled to priority treatment pursuant to section 507 of the Bankruptcy Code.

(ii)     Part 2 – Creditors with Nonpriority Unsecured Claims. The Debtors have used commercially reasonable efforts to report all general nonpriority unsecured claims against the Debtors on Part 2 of Schedule E/F based upon the Debtors' existing books and records as of the Petition Date. The Debtors reserve all of their rights with respect to any such claims including the right to assert objections and/or setoffs or recoupments with respect to same for any credits and/or allowances. Schedule E/F does not include certain deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are, however, reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.

Part 2 contains information regarding threatened, pending, and settled litigation involving the Debtors. To the extent that litigation involving the Debtors has been identified, such information is included on the Debtors' Schedule E/F. Unknown amounts for potential claims are listed as "undetermined" and marked as contingent, unliquidated, and disputed in the Schedules.

The Debtors have not included in the Schedules and Statements the future obligations of any capital or operating leases. To the extent there was an amount outstanding as of the Petition Date, the applicable creditor has been included on Schedule F of the appliable Debtor.

The Debtors have used their best efforts to include the relevant information concerning the parties entitled to receive notice of the claims listed on Schedule E/F. To the extent the Debtors inadvertently omitted a notice party or provided incorrect information, the Debtors reserve the right to amend.

(d)     Schedule G – Executory Contracts and Unexpired Leases. Although the Debtors have made reasonable efforts under the circumstances to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The Debtors hereby reserve all of their rights to (i) dispute the validity, status, or enforceability of any contracts, agreements or leases set forth in Schedule G, (ii) dispute or challenge the characterization of the structure of any transaction, or any document or instrument related or a creditor's claim, and (iii) amend or supplement such Schedule as necessary. Furthermore, the Debtors reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on these Schedules, including the right to dispute or challenge the characterization or the structure of any transaction, document or instrument. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease or that it is valid or enforceable.

The contracts, agreements and leases listed on Schedule G may have expired or may have been modified, amended or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters and other documents, instruments, and agreements that may not be listed therein. Certain contracts and leases listed on Schedule G may contain renewal options, guarantees of payments, options to purchase, rights of first refusal, rights to lease additional space and other miscellaneous rights. Such rights, powers, duties and obligations are not set forth on Schedule G. Certain of the executory agreements may not have been memorialized and could be subject to dispute. Executory agreements that are oral in nature have been scheduled to the best of the Debtors' knowledge.

(e)     Schedule H – Codebtors. For purposes of Schedule H, the parties that are either the principal obligors or guarantors under the Debtors' prepetition debt facilities are listed as co-Debtors on Schedule H. The Debtors may not have identified certain guarantees associated with the Debtors' executory contracts, unexpired leases, secured financings, debt instruments and other such agreements. The Debtors reserve all of their rights to amend Schedule H to the extent or in the event that additional guarantees are identified or such guarantees are discovered to have expired or be unenforceable. No claim set forth on the Schedules and Statements of the Debtors is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by non-Debtors.

In the ordinary course of business, the Debtors may be involved in pending or threatened litigation. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert cross-claims and counterclaims against other parties. Because all such claims are contingent, disputed or unliquidated, and are listed elsewhere in the Schedules of each applicable Debtor, such claims have not been set forth individually on Schedule H. Litigation matters can be found on the Debtors' Schedule F and Part 3 of the Statements.

3.     Specific Disclosures with Respect to the Debtor's Statements.

(a)     Part 1 – Income. Each Debtor has listed its gross revenues from its business operations in Question 1 and its gross revenues from all other sources in Question 2. In each question, the revenues are listed separately for the Debtors' current fiscal year to the Petition Date and the two previous fiscal years.

(b)     Part 2, Question 3 – Certain Payments or Transfers to Creditors within 90 Days before the Petition Date. The response to Question 3 reflects payments to a creditor by payment date as opposed to cleared date as it appears in the Debtor's payment register. It does not reflect any subsequent stop payment or void information.

(c)     Part 2, Question 4 – Payment or Transfers to Insiders within One Year of the Petition Date. The Bankruptcy Code (section 101(31)) defines "insiders," and the Debtors have taken reasonable efforts to list payments to "insiders" as the term is defined in the Bankruptcy Code. This list is for informational purposes only and the Debtors take no position at this time as to actual insider status of any of the listed individuals or entities.

(d)     Part 3, Question 7 – Legal Actions, Administrative Proceedings, Court Actions, Executions, Attachments, or Governmental Audits and Question 8 – Assignments and Receiverships. Information provided in Question 3 includes only those legal disputes and administrative proceedings that are formally recognized by an administrative, judicial or other adjudicative forum. In the Debtors' attempt to provide full disclosure, to the extent a legal dispute or administrative proceeding is not formally recognized by an administrative, judicial, or other adjudicative forum due to certain procedural conditions that counterparties have yet to satisfy, the Debtors have identified such matters on Schedule E/F. Additionally, any information contained in Part 3 shall not be a binding representation of the Debtors' liabilities with respect to any of the suits and proceedings identified therein. While the Debtors made reasonable efforts under the circumstances to complete Statement 7, it is possible that certain suits and proceedings may have been inadvertently excluded in the Debtors' responses to Statement 7. The Debtors reserve all of their rights to amend or supplement their responses to Statement 7.

(e)     Part 4, Question 9 – Gifts and Charitable Contributions. To the extent information regarding gifts and charitable contributions is available, the Debtors have included it in Part 4. In the ordinary course of business, the Debtors make certain immaterial gifts and/or charitable contributions which are neither recorded at the corporate level nor separately classified for tax purposes. The Debtors' Schedules and Statements do not include information regarding such amounts.

(f)     Part 5, Question 10 – Losses. The Debtors occasionally incur losses for a variety of reasons. The Debtors, however, may not have records of all such losses, including to the extent such losses do not have a material impact on the Debtors' business or are not reported for insurance purposes.

(g)     Part 6, Question 11 – Payments Related to Bankruptcy. The Debtors have disclosed all payments made within one year before the Petition Date to an attorney and

other entities that the Debtors consulted (i) for advice regarding debt consolidation, restructuring or bankruptcy relief or (ii) to file a bankruptcy case.

(h)     <u>Part 7, Question 14 – Previous Locations</u>. The Debtors have listed all locations at which they have operated or which they otherwise used during the three years before the Petition Date.

(i)     <u>Part 9, Question 16 – Personally Identifiable Information</u>. Subject to the Debtors' privacy policy, in the ordinary course of business, the Debtors collect and retain certain personally identifiable information of their customers, including, but not limited to, names, addresses, email addresses, and certain payment information. Such information is subject to the Debtors' privacy policy.

(j)     <u>Part 12, Questions 22 to 23 – Environmental Information</u>. The Debtors have conducted a thorough review of prepetition environmental matters. Accordingly, the Debtors have provided the environmental information to the best of their ability based on information compiled as of the Petition Date.

(k)     <u>Part 13, Question 25 – Other Businesses in which the Debtors have or had an Interest</u>. The Debtors have reviewed their records to identify all businesses in which the Debtors had or have any ownership or controlling interest for the six years before and including the Petition Date.

(l)     <u>Part 13, Question 26a – Books, Records and Financial Statements</u>. The Debtors have listed those individuals and/or firms that have been identified as having the primary responsibility to maintain or supervise the keeping of the Debtors' books and records. Notwithstanding this listing, additional parties not listed may have had access to the Debtors' books and records including individuals listed in response to Question 26b and 26c.

(m)     <u>Part 13, Question 26d – Financial Statements</u>. The Debtors have provided financial statements in the ordinary course of their business to numerous financial institutions, creditors and other parties within two years immediately before the Petition Date. Considering the number of such recipients and the possibility that such information may have been shared with parties without the Debtors' knowledge or consent, the Debtors have disclosed to the best of their ability the parties that may have received financial statements for the purposes of Question 26d. In addition, the Debtors may have shared certain financial information with parties that are not individually disclosed herein due to confidentiality restrictions.

(n)     <u>Part 13, Question 27 – Inventories</u>. Inventories are valued at cost, which are charged to operations as consumed or sold. Additionally, all inventories and plant and equipment are presented without consideration of any statutory or consensual liens. The Debtors set forth the value of certain high-value inventories in response to Question 27. Further, the Debtors also maintain supplies that are not subject to a physical inventory on a regular basis. Instead, perpetual inventories are maintained. It would have been

prohibitively time-consuming, unduly burdensome, and an inefficient use of estate resources for the Debtors to compile this information prior to the Petition Date.

      (o)    <u>Part 13, Questions 27 to 28 – Current and Former Officers and Directors and Other Persons in Control of the Debtors</u>. The Debtors have reviewed their records to identify their current and former (within one year before the Petition Date) officers, directors, managing members, general partners, members in control or controlling shareholders who controlled the Debtors in some respect.

      (p)    <u>Part 13, Question 30 – Payments, Distributions or Withdrawals Credited or Given to Insiders</u>. Unless otherwise indicated in the Debtors' specific responses to Question 30, the Debtors have included a comprehensive response to Question 30 in Question 4.

*** END OF GLOBAL NOTES ***

**Fill in this information to identify the case:**

Debtor name  Parker Transport Co.

United States Bankruptcy Court for the:_____ District of  Delaware_____
(State)

Case number  (If known):      24-10930_____

❑ Check if this is an
amended filing

# Official Form 206Sum

## Summary of Assets and Liabilities for Non-Individuals                  12/15

---

### Part 1:    Summary of Assets

1. *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.......................................................................

   | $ nil |
   |---|

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................

   | $24,537,948.07 |
   |---|

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*......................................................................

   | $24,537,948.07 |
   |---|

---

### Part 2:    Summary of Liabilities

2. *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.............................................

   | $ 20,292,619 |
   |---|

3. *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*.........................................................................

   | $nil |
   |---|

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.......................................................

   | + $1,750,526.48 |
   |---|

4. **Total liabilities**.........................................................................................................................
   Lines 2 + 3a + 3b

   | $22,043,145.48 |
   |---|

❑ Check if this is an
amended filing

Official Form 206A/B

# Schedule A/B: Assets — Real and Personal Property          12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

   ☑ No. Go to Part 2.
   ❑ Yes. Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
|---|---|

2. **Cash on hand**                                                                 $nil

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|
| 3.1. _____ | _____ | ____ ____ ____ ____ | $nil |
| 3.2. _____ | _____ | ____ ____ ____ ____ | $nil |

4. **Other cash equivalents** *(Identify all)*

   4.1. _____          $nil_____

   4.2. _____          $nil_____

5. **Total of Part 1**                                                              | $nil |

   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Part 2: | Deposits and prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

   ☑ No. Go to Part 3.
   ❑ Yes. Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

7. **Deposits, including security deposits and utility deposits**

   Description, including name of holder of deposit

   7.1. _____          $nil

   7.2. _____          $nil

Debtor    Parker Transport Co.
          Name                              Case number *(if known)*_____24-10930_____

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**

Description, including name of holder of prepayment

8.1._____  $nil
8.2._____  $nil

**9. Total of Part 2.**

Add lines 7 through 8. Copy the total to line 81.  | $nil |

<br>

| Part 3: | Accounts receivable |

**10. Does the debtor have any accounts receivable?**

☑ No. Go to Part 4.

☐ Yes. Fill in the information below.

| | Current value of debtor's interest |

**11. Accounts receivable**

11a. 90 days old or less: _____ – _____ = ........➔  $nil
                          face amount        doubtful or uncollectible accounts

11b. Over 90 days old:   _____ – _____ = ........➔  $nil
                          face amount        doubtful or uncollectible accounts

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.  | $nil |

<br>

| Part 4: | Investments |

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |

**14. Mutual funds or publicly traded stocks not included in Part 1**

Name of fund or stock:

14.1._____ _____ $nil
14.2._____ _____ $nil

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**

Name of entity:                          % of ownership:

15.1. _____ $nil
15.2. _____ $nil

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**

Describe:

16.1._____ _____ $nil
16.2._____ _____ $nil

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.  | $nil |

## Part 5: Inventory, excluding agriculture assets

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | _____ MM / DD / YYYY | $_____ | _____ | $nil |
| **20. Work in progress** | _____ MM / DD / YYYY | $_____ | _____ | $nil |
| **21. Finished goods, including goods held for resale** | _____ MM / DD / YYYY | $_____ | _____ | $89,085.98 |
| **22. Other inventory or supplies** | _____ MM / DD / YYYY | $_____ | _____ | $nil |

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $89,085.98 |
|---|

**24. Is any of the property listed in Part 5 perishable?**

☑ No

☐ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value _____ Valuation method_____ Current value_____

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28. Crops—either planted or harvested** | $_____ | _____ | $_____ |
| **29. Farm animals** *Examples*: Livestock, poultry, farm-raised fish | $_____ | _____ | $_____ |
| **30. Farm machinery and equipment** (Other than titled motor vehicles) | $_____ | _____ | $_____ |
| **31. Farm and fishing supplies, chemicals, and feed** | $_____ | _____ | $_____ |
| **32. Other farming and fishing-related property not already listed in Part 6** | $_____ | _____ | $_____ |

**33. Total of Part 6.**

Add lines 28 through 32. Copy the total to line 85.

$nil

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

☐ No

☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes. Book value $_____ Valuation method _____ Current value $_____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No. Go to Part 8.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | $_____ | _____ | $_____ |
| **40. Office fixtures** | $_____ | _____ | $_____ |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | $_____ | _____ | $_____ |
| **42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles | | | |
| 42.1 _____ | $_____ | _____ | $_____ |
| 42.2 _____ | $_____ | _____ | $_____ |
| 42.3 _____ | $_____ | _____ | $_____ |

**43. Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

$nil

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☑ No

☐ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 8:    Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br><br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br><br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1    Tractor Equipment | $399,814.67 | Historical Cost | $399,814.67 |
| 47.2    Trailer Equipment | $1,114,147.06 | Historical Cost | $1,114,147.06 |
| 47.3    Autos and Trucks | $9,594.81 | Historical Cost | $9,594.81 |
| 47.4    Trailers | $4,165,086.67 | Historical Cost | $4,165,086.67 |
| 47.5    Tractors | $18,628,886.53 | Historical Cost | $18,628,886.53 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 _____ | $_____ | _____ | $_____ |
| 48.2 _____ | $_____ | _____ | $_____ |
| **49. Aircraft and accessories** | | | |
| 49.1 _____ | $_____ | _____ | $_____ |
| 49.2 _____ | $_____ | _____ | $_____ |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| Communications Equipment | $131,332.35 | Cost | $131,332.35 |

51. **Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

$24,448,862.09

52. **Is a depreciation schedule available for any of the property listed in Part 8?**

☑ No

☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9:   Real property

54. **Does the debtor own or lease any real property?**

☑ No. Go to Part 10.

☐ Yes. Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1_____ | _____ | $_____ | _____ | $_____ |
| 55.2_____ | _____ | $_____ | _____ | $_____ |
| 55.3_____ | _____ | $_____ | _____ | $_____ |
| 55.4_____ | _____ | $_____ | _____ | $_____ |
| 55.5_____ | _____ | $_____ | _____ | $_____ |
| 55.6_____ | _____ | $_____ | _____ | $_____ |

56. **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$nil

57. **Is a depreciation schedule available for any of the property listed in Part 9?**

☑ No

☐ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:   Intangibles and intellectual property

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No. Go to Part 11.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets**<br>_____ | $_____ | _____ | $_____ |
| 61. **Internet domain names and websites**<br>_____ | $_____ | _____ | $_____ |
| 62. **Licenses, franchises, and royalties**<br>_____ | $_____ | _____ | $_____ |
| 63. **Customer lists, mailing lists, or other compilations**<br>_____ | $_____ | _____ | $_____ |
| 64. **Other intangibles, or intellectual property**<br>_____ | $_____ | _____ | $_____ |
| 65. **Goodwill**<br>_____ | $_____ | _____ | $_____ |

66. **Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

$nil

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)**?**

☑ No

☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No

☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 11:   All other assets

70. **Does the debtor own any other assets that have not yet been reported on this form?**

Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No. Go to Part 12.

☐ Yes. Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

71. **Notes receivable**

Description (include name of obligor)

_____   _____ − _____ = ➡   $nil

Total face amount     doubtful or uncollectible amount

72. **Tax refunds and unused net operating losses (NOLs)**

Description (for example, federal, state, local)

_____   Tax year _____   $nil

_____   Tax year _____   $_____

_____   Tax year _____   $_____

73. **Interests in insurance policies or annuities**

_____   $nil

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

_____   $nil

Nature of claim     _____

Amount requested     $_____

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

_____   $nil

Nature of claim     _____

Amount requested     $_____

76. **Trusts, equitable or future interests in property**

_____   $nil

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

_____   $nil

_____   $_____

78. **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.   | $nil |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 12:** | **Summary** |

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $nil | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $nil | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $nil | |
| 83. **Investments.** *Copy line 17, Part 4.* | $nil | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $89,085.98 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $nil | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $nil | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $24,448,862.09 | |
| 88. **Real property.** *Copy line 56, Part 9.* . ................................................................➔ | | $nil |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $nil | |
| 90. **All other assets.** *Copy line 78, Part 11.* | **+** $nil | |
| 91. **Total.** Add lines 80 through 90 for each column............................ 91a. | 24,537,948.07 | **+** 91b. $nil |

92. **Total of all property on Schedule A/B.** Lines 91a + 91b = 92. ............................................................ $24,537,948.07

Fill in this information to identify the case:

Debtor name __Parker Transport Co.__

United States Bankruptcy Court for the: _____ District of __Delaware__
                                                           (State)

Case number (If known): ____24-10930_____

☐ Check if this is an
amended filing

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property     12/15

**Be as complete and accurate as possible.**

1. **Do any creditors have claims secured by debtor's property?**
   - ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.
   - ☒ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A | Column B |
|---|---|---|
| | Amount of claim | Value of collateral that supports this claim |
| | Do not deduct the value of collateral. | |

**2.1** 

| | | Column A | Column B |
|---|---|---|---|
| **Creditor's name** <br> TPine Leasing Capital L.P. | **Describe debtor's property that is subject to a lien** <br> Truck/Trailer Equipment | $20,292,619 | $24,448,862.09 |

**Creditor's mailing address**

8 The Green, Suite R, Dover
DE, 19901

**Creditor's email address, if known**
_____

**Date debt was incurred**   2022

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☒ No
- ☐ Yes. Specify each creditor, including this creditor, and its relative priority.
  _____
  _____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
- ☐ No
- ☒ Yes

**Is anyone else liable on this claim?**
- ☒ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2.2**

| | | Column A | Column B |
|---|---|---|---|
| **Creditor's name** | **Describe debtor's property that is subject to a lien** | $_____ | $_____ |

**Creditor's mailing address**
_____
_____

**Creditor's email address, if known**
_____

**Date debt was incurred** _____

**Last 4 digits of account number**    ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
  - ☐ No. Specify each creditor, including this creditor, and its relative priority.
    _____
    _____
  - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe the lien**
_____

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $_____

| **Part 1:** | **Additional Page** | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

**2.__** **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
    - ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____
    - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____ $_____   $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**2.__** **Creditor's name**

_____

**Creditor's mailing address**

_____

_____

**Creditor's email address, if known**

_____

**Date debt was incurred** _____

**Last 4 digits of account number** ___ ___ ___ ___

**Do multiple creditors have an interest in the same property?**
- ☐ No
- ☐ Yes. Have you already specified the relative priority?
    - ☐ No. Specify each creditor, including this creditor, and its relative priority.
      _____
      _____
      _____
    - ☐ Yes. The relative priority of creditors is specified on lines _____

**Describe debtor's property that is subject to a lien**

_____ $_____   $_____

_____

_____

**Describe the lien**

_____

**Is the creditor an insider or related party?**
- ☐ No
- ☐ Yes

**Is anyone else liable on this claim?**
- ☐ No
- ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H).

**As of the petition filing date, the claim is:**
Check all that apply.
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Debtor _____Parker Transport Co._____ Case number (*if known*)_____24-10930_____
        Name

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |
| | Line 2. ___ | ___ ___ ___ ___ |

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
</table>

Debtor       Parker Transport Co.

United States Bankruptcy Court for the: _____ District of _Delaware_____
                                                              (State)

Case number     _24-10930_____
(If known)

☐ Check if this is an
    amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims     12/15

**Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on** *Schedule A/B: Assets - Real and Personal Property* **(Official Form 206A/B***)* **and on** *Schedule G: Executory Contracts and Unexpired Leases* **(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.**

**Part 1:**     **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
   - ☑ No. Go to Part 2.
   - ☐ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|

**2.1** | **Priority creditor's name and mailing address**

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
Earnout - seller is entitled to receive additional payments based on the future performance of the business.

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.2** | **Priority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**   $_____    $_____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

**2.3** | **Priority creditor's name and mailing address**
_____
_____
_____

**As of the petition filing date, the claim is:**   $_____    $_____
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date or dates debt was incurred**
_____

**Basis for the claim:**
_____

**Last 4 digits of account number** ___ ___ ___ ___

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

| Debtor | Parker Transport Co. | Case number (if known) 24-10930 |
|---|---|---|
| | Name | |

| Copy this page if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional PRIORITY creditors exist, do not fill out or submit this page. | Total claim | Priority amount |
|---|---|---|

2.__  **Priority creditor's name and mailing address**

_____

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

$_____   $_____

---

2.__  **Priority creditor's name and mailing address**

_____

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

$_____   $_____

---

2.__  **Priority creditor's name and mailing address**

_____

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

$_____   $_____

---

2.__  **Priority creditor's name and mailing address**

_____

_____
_____
_____

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

_____

**Basis for the claim:**

_____

**Last 4 digits of account number**  ___ ___ ___ ___

**Is the claim subject to offset?**
☐ No
☐ Yes

**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (_____)

$_____   $_____

| Debtor | Parker Transport Co. | Case number (*if known*) | 24-10930 |
|---|---|---|---|
| | Name | | |

## Part 2: List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | Amount of claim |
|---|---|---|---|

**3.1** Nonpriority creditor's name and mailing address

Milestone Trailer Leasing LLC

Ar@Milecorp.Com

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$25,782.18

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.2** Nonpriority creditor's name and mailing address

Compass Lease LLC

Bogdana@Compasslease.Com

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$429,162.17

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.3** Nonpriority creditor's name and mailing address

Infinity Trans III LLC

Infinity-Ar@Gafg.Com

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$68,280.00

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.4** Nonpriority creditor's name and mailing address

Daimler Trucks Financial Services USA

Fleetservices@Daimlertruck.Com

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$57,965.91

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.5** Nonpriority creditor's name and mailing address

Milestone Trailer Lease

Ar@Milecorp.Com

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$975,926.77

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

**3.6** Nonpriority creditor's name and mailing address

Southwest International Trucks

Hayes.Atwood@Swit-Tx.Com

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

$17,297.86

Date or dates debt was incurred _____

Last 4 digits of account number __ __ __ __

Is the claim subject to offset?
☑ No
☐ Yes

| Part 2: | Additional Page |
|---|---|

| Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page. If no additional NONPRIORITY creditors exist, do not fill out or submit this page. | Amount of claim |
|---|---|

**3.___ Nonpriority creditor's name and mailing address**

Transport Enterprise Services LLC

Hmiller@Teleasing.Com

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed
- ☐ Liquidated and neither contingent nor disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$149,634.01

---

**3.___ Nonpriority creditor's name and mailing address**

TBK Bank SSB

customerservice@triumphcf.com

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☒ No
- ☐ Yes

$26,477.58

---

**3.___ Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$_____

---

**3.___ Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$_____

---

**3.___ Nonpriority creditor's name and mailing address**

_____

_____

_____

**Date or dates debt was incurred** _____

**Last 4 digits of account number** __ __ __ __

**As of the petition filing date, the claim is:**
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** _____

**Is the claim subject to offset?**
- ☐ No
- ☐ Yes

$_____

| Debtor | Parker Transport Co. | Case number (*if known*) 24-10930 |
|---|---|---|
| | Name | |

**Part 3:**     **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.2. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.3. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.4. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 41. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.5. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.6. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.7. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.8. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.9. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.10. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |
| 4.11. | Line ____ <br> ☐ Not listed. Explain _____ | __ __ __ __ |

| Part 3: | Additional Page for Others to Be Notified About Unsecured Claims |
|---|---|

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ <br> _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ <br> _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ <br> _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ <br> _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ <br> _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ <br> _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ <br> _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ <br> _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ <br> _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ <br> _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ <br> _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ <br> _____ | __ __ __ __ |
| 4.__ | Line ____ <br> ☐ Not listed. Explain _____ <br> _____ | |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | | $nil |
| 5b. **Total claims from Part 2** | 5b. | **+** | $1,750,526.48 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | | $1,750,526.48 |

Debtor name  Parker Transport Co.

United States Bankruptcy Court for the: _____ District of  Delaware _____
(State)

Case number (If known):    24-10930 _____    Chapter   7 ____

☐ Check if this is an
amended filing

Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.  Does the debtor have any executory contracts or unexpired leases?**

☑ **No.** Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☐ **Yes.** Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2.  List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |
| **2.5** State what the contract or lease is for and the nature of the debtor's interest <br><br> State the term remaining <br><br> List the contract number of any government contract | |

## Additional Page if Debtor Has More Executory Contracts or Unexpired Leases

**Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.**

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- |

**2._**
State what the contract or lease is for and the nature of the debtor's interest
_____

State the term remaining
_____

List the contract number of any government contract
_____

_____
_____
_____
_____

**2._**
State what the contract or lease is for and the nature of the debtor's interest
_____

State the term remaining
_____

List the contract number of any government contract
_____

_____
_____
_____
_____

**2._**
State what the contract or lease is for and the nature of the debtor's interest
_____

State the term remaining
_____

List the contract number of any government contract
_____

_____
_____
_____
_____

**2._**
State what the contract or lease is for and the nature of the debtor's interest
_____

State the term remaining
_____

List the contract number of any government contract
_____

_____
_____
_____
_____

**2._**
State what the contract or lease is for and the nature of the debtor's interest
_____

State the term remaining
_____

List the contract number of any government contract
_____

_____
_____
_____
_____

**2._**
State what the contract or lease is for and the nature of the debtor's interest
_____

State the term remaining
_____

List the contract number of any government contract
_____

_____
_____
_____
_____

**2._**
State what the contract or lease is for and the nature of the debtor's interest
_____

State the term remaining
_____

List the contract number of any government contract
_____

_____
_____
_____
_____

☐ Check if this is an
amended filing

## Official Form 206H

## Schedule H: Codebtors

12/15

**Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.**

1. **Does the debtor have any codebtors?**

   ☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

   ☐ Yes

2. **In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.* Include all guarantors and co-obligors.** In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing address** | **Name** | *Check all schedules that apply:* |
| 2.1 _____ | Street _____ <br> _____ <br> City           State           ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 _____ | Street _____ <br> _____ <br> City           State           ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 _____ | Street _____ <br> _____ <br> City           State           ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 _____ | Street _____ <br> _____ <br> City           State           ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.5 _____ | Street _____ <br> _____ <br> City           State           ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.6 _____ | Street _____ <br> _____ <br> City           State           ZIP Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

■ **Additional Page if Debtor Has More Codebtors**

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| Name | Mailing address | Name | Check all schedules that apply: |
| 2.__ _____ | Street _____ <br> _____ <br> _____ <br> City      State      ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.__ _____ | Street _____ <br> _____ <br> _____ <br> City      State      ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.__ _____ | Street _____ <br> _____ <br> _____ <br> City      State      ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.__ _____ | Street _____ <br> _____ <br> _____ <br> City      State      ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.__ _____ | Street _____ <br> _____ <br> _____ <br> City      State      ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.__ _____ | Street _____ <br> _____ <br> _____ <br> City      State      ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.__ _____ | Street _____ <br> _____ <br> _____ <br> City      State      ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |
| 2.__ _____ | Street _____ <br> _____ <br> _____ <br> City      State      ZIP Code | _____ | ❑ D <br> ❑ E/F <br> ❑ G |

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

**An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.**

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule* ____

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration_____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __05/01/2024___          ✘ /s/ Navraj Johal _____
                MM / DD / YYYY              Signature of individual signing on behalf of debtor

                                     Navraj Johal_____
                                     Printed name

                                     Sole Director_____
                                     Position or relationship to debtor